**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          NO. 4:07CR00381 JLH

DERRICK LAMONT BOOTH                                                    DEFENDANT

## ORDER

     Derrick Lamont Booth has filed a motion for determination of competence.  Document #23. The government has filed a motion for mental evaluation.  Document #24.  The motions are GRANTED.

     Accordingly, Derrick Lamont Booth is committed to the custody of the United States Marshals Service to await designation of a Bureau of Prisons facility where the psychiatric or psychological examination will be performed.  The United States Marshals Service for the Eastern District of Arkansas is directed to notify the Court immediately upon receipt of Derrick Lamont Booth's facility designation.  Based on 18 U.S.C. § 3161(h)(1)(A), this time period is excludable under the Speedy Trial Act.

     IT IS SO ORDERED this 17th day of June, 2008.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE