**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                           PLAINTIFF

v.                               NO. 4:07CR00381-01 JLH

DERRICK LAMONT BOOTH                                                              DEFENDANT

**ORDER**

The hearing on the government's Motion to Revoke the Supervised Release of defendant Derrick Lamont Booth is hereby rescheduled for **TUESDAY, DECEMBER 16, 2014, at 2:00 p.m.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the term of supervised release previously imposed should not be revoked.  Document #70.

The government is directed to ensure that the proper writ be promptly prepared and submitted to the United States Marshal in order to transport defendant to the hearing.

IT IS SO ORDERED this 2nd day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE