# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                              NO. 4:07CR00381-01 JLH

DERRICK LAMONT BOOTH                                              DEFENDANT

## ORDER

Derrick Booth's motion to amend the judgment is DENIED. Document #100. Although the Court may not have articulated it clearly, the Court was aware at the time of pronouncing sentence that Booth would not be given credit toward his federal sentence for time he had already spent in state custody on the related charges. Hence, his sentence was to run concurrently with any *undischarged* state term of imprisonment.

IT IS SO ORDERED this 31st day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE