# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                    PLAINTIFF

v.                                             NO. 4:07CR00381 JLH

DERRICK LAMONT BOOTH                                                                                   DEFENDANT

## ORDER

Derrick Lamont Booth has filed a motion to vacate his sentence under 28 U.S.C. § 2255. He has also filed a motion for appointment of counsel and a motion to hold the § 2255 petition in abeyance while he proceeds with the collateral attack on the conviction in state court that resulted in the revocation of his supervised release in this Court. The motion to hold the § 2255 petition in abeyance is GRANTED. Document #106. Booth's § 2255 petition will be held in abeyance pending completion of his collateral attack on the conviction in state court that resulted in the revocation of his supervised release in this Court. The motion to appoint counsel is also GRANTED. Document #107. Assistant Federal Public Defender Kim Driggers is hereby appointed to represent Booth in his § 2255 motion.

IT IS SO ORDERED this 6th day of September, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE